UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
99-CR-51(12)(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Jermaine Houston | ) | |

Defendant has moved, pursuant to 18 U.S.C. § 3582(c)(2), for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases. He asks the Court to reduce his term of imprisonment from 186 months to the bottom of the amended guideline range, which is 135 months. The United States does not oppose the motion, but recommends that the Court sentence defendant to 151 months, the mid-point of the amended guideline range.

Defendant's motions [Docket Nos. 832, 847] are granted. The Court sentences defendant to a term of imprisonment of 144 months. All other provisions of the Judgment entered November 22, 2000 [Docket No. 662], remain in effect.

IT IS SO ORDERED.

Dated: June 23, 2008

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge